FILED
CLERK, U.S. DISTRICT COURT

JUN 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS R. SILVA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DARRELL ADAMS, Warden,<br><br>　　　　　Respondent. | NO. CV 07-7711-JFW(E)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

　　　IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this
2  Order, the Magistrate Judge's Report and Recommendation and the
3  Judgment herein by United States mail on Petitioner and counsel for
4  Respondent.

6  LET JUDGMENT BE ENTERED ACCORDINGLY.

8  DATED:  _____6/24_____, 2008.

                            _____
                                    JOHN F. WALTER
                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS R. SILVA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DARRELL ADAMS, Warden,<br><br>　　　　　Respondent. | NO. CV 07-7711-JFW(E)<br><br>REPORT AND RECOMMENDATION OF<br><br>UNITED STATES MAGISTRATE JUDGE |

This Report and Recommendation is submitted to the Honorable John F. Walter, United States District Judge, pursuant to 28 U.S.C. § 636 and General Order 05-07 of the United States District Court for the Central District of California.

**PROCEEDINGS**

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on November 27, 2007. Respondent filed an Answer on March 21, 2008. Petitioner failed to file a Reply within the allotted time.

1  The Magistrate Judge then ordered Petitioner to file a Reply
2  within twenty (20) days of April 16, 2008.  The Magistrate Judge's
3  Order cautioned: "Failure timely to do so may result in the denial
4  and dismissal of the Petition."  Nevertheless, Petitioner again
5  failed to file a Reply within the allotted time.

## DISCUSSION

9  The Petition should be denied and dismissed without prejudice
10 for failure to prosecute.  Petitioner failed to file a timely Reply,
11 despite a Court Order that he do so.  The Court has inherent power to
12 achieve the orderly and expeditious disposition of cases by
13 dismissing actions for failure to prosecute.  Link v. Wabash R.R.,
14 370 U.S. 626, 629-30 (1962); see Fed. R. Civ. P. 41(b).

## RECOMMENDATION

18 For all of the foregoing reasons, IT IS RECOMMENDED that the
19 Court issue an Order:  (1) approving and adopting this Report
20 and Recommendation; and (2) directing that Judgment be entered
21 denying and dismissing the Petition without prejudice.

23 DATED:  May 16, 2008.

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file objections as provided in the Local Rules Governing the Duties of Magistrate Judges and review by the District Judge whose initials appear in the docket number. No notice of appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the judgment of the District Court.