FILED
CLERK, U.S. DISTRICT COURT
JUN 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS R. SILVA,<br><br>   Petitioner,<br><br>  v.<br><br>DARRELL ADAMS, Warden,<br><br>   Respondent. | NO. CV 07-7711-JFW(E)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 6/24, 2008.

/s/ John F. Walter
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE